**Opinion filed April 19, 2018**



### In The

# Eleventh Court of Appeals

_____

## No. 11-18-00077-CV

_____

# OCCIDENTAL OIL & GAS CORPORATION ET AL., Appellants
## V.
# GUTIERREZ TRUCKING, LLC, ET AL., Appellees

### On Appeal from the 441st District Court
### Midland County, Texas
### Trial Court Cause No. CV52837

### M E M O R A N D U M   O P I N I O N

Appellants have filed in this court an agreed motion to dismiss this appeal. *See* TEX. R. APP. P. 42.1. In the motion, Appellants state that the parties have reached a full and final settlement of all claims. According to the certificate of conference, Appellees' counsel agrees with the motion.

We grant Appellants' motion and dismiss the appeal.


April 19, 2018                                                    PER CURIAM

Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J.[1]

_____

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.